JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FRANK BELLOSPIRITO Sui Juris,<br><br>    Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil No. SACV 20-01855 JVS (KESx)<br><br>ORDER ON STIPULATION TO DISMISS |

**ORDER**

Based on the parties Stipulation, the Court orders:

1. The stipulation is entered and the case is dismissed without prejudice.

IT IS SO ORDERED:

Dated: October 07, 2020

_____
JAMES V. SELNA
United States District Judge

1